

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 19 2007

86 Chambers Street, 3rd Floor
New York, New York 10007

October 11, 2007

**SO ORDERED**

*George B. Daniels* (signature)

HON. GEORGE B. DANIELS

OCT 19 2007

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: Blanco-Glassman v. United States, 07-CIV-7086 (GBD)(JCF)

Dear Judge Daniels:

The Government respectfully requests that the defendant's time to respond in the above-captioned Federal Tort Claims Act ("FTCA") action be extended by 45 days, from October 15, 2007 to November 29, 2007. The Department of Health and Human Services ("HHS"), the federal agency involved in this action, currently is seeking to ascertain certain facts relevant to, among other things, whether subject matter jurisdiction exists under the FTCA. The Government thus respectfully requests the additional time in order to permit HHS to complete its investigation and to prepare a response to plaintiff's allegations and claims. Plaintiff's counsel has consented to this request.

This is the Government's first request for an extension. Pursuant to the Initial Pretrial Conference Scheduling Order dated August 13, 2007, a conference is currently set for 09:30 a.m. on October 25, 2007. In light of this request for an extension, the Government respectfully submits that the initial pretrial conference in this action be postponed to December 10, 2007, or another date convenient for the Court. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *(signature)*
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686

cc: James N. LiCalzi.
*Counsel for Plaintiff*
Duffy, Duffy & Burdo, Esqs.
1370 RexCorp Plaza
Uniondale, NY 11556

TOTAL P.02